

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

April 9, 2026

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312

> Re:    *United States v. Dan Maerovitz, et. al.*, 25 Cr. 546 (PKC)

Dear Judge Castel:

The parties have conferred and submit this joint letter to respectfully request a 60-day adjournment of the status conference scheduled for defendants Dan Maerovitz, Michael Patterson and Janoah Andre on April 16, 2026. The adjournment will allow the Government to address a technical issue involving a set of electronic device extractions, for the defense to continue reviewing discovery and for the parties to continue discussing possible pretrial dispositions.

With the defense's consent, the Government requests the exclusion of time under the Speedy Trial Act until the next conference date. The ends of justice served by excluding such time outweigh the interests of the public and defendants in a speedy trial for the reasons stated above.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: _____
Jane Y. Chong
Assistant United States Attorney
(917) 763-3172

By CM/ECF:  Frederick Sosinsky, Esq. (for Dan Maerovitz)
Harvey Fishbein, Esq. (for Michael Patterson)
Stephen Turano, Esq. (for Janoah Andre)