# TURANO LAW

275 Madison Avenue
35th Floor
New York, NY 10016

Tel (917) 974-5666
Fax (917) 594-5667

sturano@turanolaw.com

60 Park Place
Suite 1101
Newark, NJ 07102

Tel (973) 648-6777
Fax (917) 595-5667

July 2, 2026

One time permission granted subject to any reasonable restrictions by Pretrial Services.
SO ORDERED
[signature]
USDJ
7-7-26

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: United States v. Janoah Andre
25 Cr. 546 (PKC)

Dear Judge Castel:

Jonoah Andre is currently participating in a long-term, in-patient treatment program at Eagle's Nest in Virginia. I request a modification of his pretrial release conditions to permit him to travel to Dothan, Alabama, from July 18, 2026, through July 22, 2026, to visit his child and the child's mother, McKenzie Dalton. Mr. Andre's child was born while he was residing at Eagle's Nest and, if this travel is permitted, it will mark the first time he will see his child in person. Mr. Andre would be driven and accompanied for the entirety of the trip by his stepfather, Eric Barnes, and his mother, Nichole Barnes.

Should the Court grant this request, Mr. Andre will provide Pretrial Services with his parents' contact information, as well as Ms. Dalton's address and phone number. The Government, by AUSA Jane Chong, consents to this request.

Thank you for the Court's time and consideration.

Respectfully,
*/s/ Stephen Turano*
Stephen Turano, Esq.

cc: All Counsel of Record