TURANO LAW

275 Madison Avenue
35th Floor
New York, NY 10016

Tel (917) 974-5666
Fax (917) 594-5667

sturano@turanolaw.com

60 Park Place
Suite 1101
Newark, NJ 07102

Tel (973) 648-6777
Fax (917) 595-5667

August 14, 2026

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Sentencing adjourned from September 16, 2026 to March 16, 2027 at 9:00 a.m.
SO ORDERED.
Dated: 8/17/2026

P. Kevin Castel
United States District Judge

Re: United States v. Janoah Andre
25 Cr. 546 (PKC)

Dear Judge Castel:

I represent Jonoah Andre in the above-referenced matter. The Government, AUSA Jane Chong, and defense counsel for Mr. Andre request a six-month adjournment of his sentencing, which is currently scheduled for September 16, 2026.

Thank you for the Court's time and consideration.

Respectfully,

/s/ *Stephen Turano*
Stephen Turano, Esq.
Attorney for Jonoah Andre

cc: Jane Chong, AUSA (by ECF)