# TURANO LAW

275 Madison Avenue
35th Floor
New York, NY 10016

Tel (917) 974-5666
Fax (917) 594-5667

sturano@turanolaw.com

60 Park Place
Suite 1101
Newark, NJ 07102

Tel (973) 648-6777
Fax (917) 595-5667

October 22, 2026

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Application granted. SO ORDERED. [signature] USDJ 10-22-26

Re: United States v. Janoah Andre
25 Cr. 546 (PKC)

Dear Judge Castel:

On October 7, 2026, I filed a motion to modify the conditions of Jonoah Andre's pretrial release conditions. The modification is to permit him to travel and spend the Thanksgiving holiday with his mother and stepfather at their home in Colorado from November 25 through 29, 2026.

Should the Court grant this request, Mr. Andre will provide Pretrial Services with his parents' contact information and their address, where he will be staying. The Government, by AUSA Jane Chong, and Pretrial Services, by Meherun Mayer, consent to this request.

Thank you for the Court's time and consideration.

Respectfully,
*/s/ Stephen Turano*
Stephen Turano, Esq.

cc: All Counsel of Record